# United States Bankruptcy Court
## Eastern District of Michigan

In re **Phillip E. Jennings**　　　　　　　　　　　　　Case No. **14-53035-R**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **13**

## STIPULATION EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS

　　　　The above named Debtors having filed a petition for relief under Chapter 13 of the Bankruptcy Code and having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-(1)(c)(1)(A) and requesting to remit payments to Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the debtors's bank account for the following reasons:

**debtors only source of income is social security and pension which cannot be made subject to assignment**

and further seeking entry of this Order without notice inasmuch as the third-party payment order may be entered without notice, and the consent of the Trustee having be obtained, and the Court being otherwise sufficiently advised in the premises;

　　　　IT IS HEREBY STIPULATED that entry of a third-party payment order pursuant to E.D Mich. L.B.R. 1007-1(c)(1)(A) is excused pursuant to E.d. Mich. L.B.R. 9029(1)(e) in the above-captioned matter, or in the event a previous third-party payment order was entered, said Order is voided and held for naught until further Order of the Court;

　　　　IT IS FURTHER STIPULATED that within 10 days of the entry of this Order, the Debtor shall complete the approved Authorization Agreement for Preauthorized Payments (ACH) authorizing the Chapter 13 Trustee, Krispen S. Carroll, or her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of $510.99 per month until further order of the Court;

　　　　IT IS FURTHER STIPULATED that these payments shall commence as of September 11, 2014, as required by 11 U.S.C. 1326(a)(1). Any attempt to terminate the ACH or challenge a withdrawal made pursuant to the ACH shall be made only after obtaining permission of the bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC Section 1307 and may result in further sanctions, as determined by the court.

Stipulated, and approved for entry:　　　　　　　　　　　　Stipulated and approved for entry:

**/s/ Thomas Paluchniak**

**/s/ Krispen S. Carroll**　　　　　　　　　　　　　　　　**Thomas Paluchniak P70284**
Krispen S. Carroll　　　　　　　　　　　　　　　　　　　Counsel for Debtor(s)
Chapter 13 Standing Trustee　　　　　　　　　　　　　　**Babut Law Offices, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**(734) 485-7000**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**pmontgomery@babutlaw.com**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**700 Towner Street**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ypsilanti, MI 48198**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phillip E. Jennings
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phillip E. Jennings, debtor

\*\*Approved from Authorization Agreement for Preauthorzied Payments (ACH) is required and is available from the website of the assigned Chapter 13 Trustee.

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Phillip E. Jennings**　　　　　　　　　　　　　　　　　　　Case No. **14-53035-R**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **13**

## ORDER EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS

　　　　The above named Debtors having filed a petition for relief under Chapter 13 of the Bankruptcy Code and having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-(1)(c)(1)(A) and requesting to remit payments to Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the debtors's bank account for the following reasons:

**debtors only source of income is social security and pension which cannot be made subject to assignment**

and further seeking entry of this Order without notice inasmuch as the third-party payment order may be entered without notice, and the consent of the Trustee having be obtained, and the Court being otherwise sufficiently advised in the premises;

　　　　IT IS HEREBY ORDERED that entry of a third-party payment order pursuant to E.D Mich. L.B.R. 1007-1(c)(1)(A) is excused pursuant to E.d. Mich. L.B.R. 9029(1)(e) in the above-captioned matter, or in the event a previous third-party payment order was entered, said Order is voided and held for naught until further Order of the Court;

　　　　IT IS FURTHER ORDERED that within 10 days of the entry of this Order, the Debtor shall complete the approved Authorization Agreement for Preauthorized Payments (ACH) authorizing the Chapter 13 Trustee, Krispen S. Carroll, or her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of $510.99 per month until further order of the Court;

　　　　IT IS FURTHER ORDERED that these payments shall commence as of September 11, 2014, as required by 11 U.S.C. 1326(a)(1). Any attempt to terminate the ACH or challenge a withdrawal made pursuant to the ACH shall be made only after obtaining permission of the bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC Section 1307 and may result in further sanctions, as determined by the court.

　　　　　　　　　　　　　　　　　　　　　Exhibit A